CAMPBELL and Another *v.* WOOLEN.—In error.

Tuesday,    IN case of a judgment by default in a suit on a delivery-
May 21.    bond, the damages must be assessed by a jury, unless the
parties, by agreement, submit the matter to the Court.

The judgment against the defendants in such suit, cannot
be for more than the value of the property agreed to be de-
livered, the costs, and ten *per cent.* damages.